## SUPREME COURT.

### SANDERSON agt. MORGAN.

*Albany General Term, March,* 1863.

GOULD, PECKHAM and MILLER, *Justices.*

ORDER overruling demurrer *affirmed,* on the ground that a citizen of Florida, who is (averred to be) engaged in *war* against the United States, though not an *alien* enemy, is an *enemy;* and his rights to sue in our courts are *suspended* during the continuance of the war.

An answer averring such facts is a good answer.

[This is Judge GOULD's memorandum ; and it was so decided by the concurrence of the three judges.]